UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


DANA RANDOLPH

VERSUS

AMERICAN MULTI-CINEMA, INC.

CIVIL ACTION

NUMBER 14-366-SDD-SCR


**<u>NOTICE</u>**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, January 20, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANA RANDOLPH

VERSUS

AMERICAN MULTI-CINEMA, INC.

CIVIL ACTION

NUMBER 14-366-SDD-SCR

**MAGISTRATE JUDGE'S REPORT**

This case was removed to this court based on diversity jurisdiction. Plaintiff Dana Randolph is a Louisiana citizen. Plaintiff's Motion for Leave of Court to File Plaintiff's First Amended, Supplemental and/or Restated Complaint was not opposed and was granted.[1] Plaintiff's First Amended, Supplemental and/or Restated Complaint joined as a defendant Concept Electronics, Inc., a Louisiana corporation.[2] There is no longer complete diversity of citizenship. Pursuant to 28 U.S.C. § 1447(c) the case must be remanded.[3]

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the case

---

[1] Record document number 14, motion; record document number 15, order.

[2] Plaintiff also joined two other defendants, but their citizenship does not affect diversity jurisdiction.

[3] The statute provides as follows:
 (e) If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.

be remanded to the state court.

Baton Rouge, Louisiana, January 20, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE