# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DANA RANDOLPH

VERSUS

AMERICAN MULTI-CINEMA, INC.

CIVIL ACTION

NO. 14-366-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated January 20, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is remanded to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Baton Rouge, Louisiana the 10 day of February, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 16.